# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FELIX GUZMAN RIVADENEIRA, *Plaintiff* <br> v. <br> DEPARTMENT OF HOMELAND SECURITY, ET AL., *Defendant* | ) ) ) ) ) ) Civil Action No. 2:15-CV-00200-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendation (ECF No. 5) is ADOPTED.
The action is DISMISSED pursuant to 28 U.S.C. § 1406(a) and judgment is entered in favor of defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a Report and Recommendation.

Date: October 21, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen